UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER REDMOND,

        Plaintiff(s),

   v.

SAN MATEO POLICE DEPARTMENT,

        Defendant(s).

No. C-14-00998 DMR

**ORDER DENYING WITHOUT PREJUDICE MOTION TO REQUEST DEMAND RAISED [DOCKET NO. 19]**

On August 12, 2014, Plaintiff Walter Redmond personally filed a document titled "Motion to Request Demand Raised to $2,500,000," (Docket No. 19), even though he is not an attorney and he is represented by counsel. He also purported to file the document on behalf of the plaintiff in a related case, *Taylor v. San Mateo Police Department*, Case No. 14-1000 DMR, even though the plaintiff in that case did not sign the document. Defendant City of San Mateo filed an opposition to the motion. [Docket No. 20.]

Plaintiff Redmond's motion is denied without prejudice. If he wishes to file a motion to amend his complaint, he must do so through his counsel as a regularly-noticed motion pursuant to Civil Local Rule 7-2.

IT IS SO ORDERED.

Dated: September 4, 2014

_____
DONNA M. RYU
United States Magistrate Judge