UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER REDMOND, | No. C-14-00998 DMR |
| Plaintiff(s), | **ORDER RE DISCOVERY DISPUTES** |
| v. | |
| SAN MATEO POLICE DEPARTMENT, | |
| Defendant(s). | |

On October 3, 2014, Defendant City of San Mateo filed a discovery letter brief outlining several discovery disputes. [Docket No. 26.] Upon review of the letter, it appears the parties have not adequately met and conferred regarding the disputes described therein. Accordingly, the parties are ordered to **meet and confer in accordance with the court's Standing Order regarding discovery disputes**. If any disputes remain after meeting and conferring, the parties shall file a joint letter in accordance with the court's procedures. Any joint letter shall be filed by no later than October 21, 2014. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: October 7, 2014



_____
DONNA M. RYU
United States Magistrate Judge