United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER REDMOND,　　　　　　　　　　　　No. C-14-00998 DMR

　　　　　　Plaintiff(s),　　　　　　　　　　**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING**

　　　v.

SAN MATEO POLICE DEPARTMENT,

　　　　　　Defendant(s).
_____/

　　　　The court has reviewed the parties' submissions regarding Defendant's motion for sanctions. [Docket Nos. 39, 40.] In his declaration, defense counsel summarizes the time for which Defendant seeks reimbursement from Plaintiff and his counsel. (Atkinson Decl., Jan. 9, 2015, ¶ 80.) The court orders Defendant to submit a more detailed accounting sufficient to support Defendant's requested award of reasonable attorney's fees for the alleged discovery misconduct at issue in this motion, such that the court may determine whether the time spent was "excessive, redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983); *see also* N.D. Cal. Civ. L.R. 54-5. Such briefing shall be filed by no later than **5:00 p.m. on February 9, 2015.** If Plaintiff challenges the amount of attorney's fees sought, he must identify specific entries to which he objects by no later than **5:00 p.m. on February 11, 2015.**

　　　　IT IS SO ORDERED.

Dated: February 4, 2015



IT IS SO ORDERED

_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California